MANATT, PHELPS & PHILLIPS, LLP
EDWARD G. BURG  (CA Bar No. 104258)
eburg@manatt.com
GEORGE M. SONEFF  (CA Bar No. 117128)
gsoneff@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Defendant
MARCUS & MILLICHAP COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BUENA VISTA, LLC, a limited liability company,<br><br>              Plaintiff,<br><br>      vs.<br><br>NEW RESOURCE BANK, a California corporation, FERGUSON & BREWER INVESTMENT COMPANY, a California corporation, MARCUS & MILLICHAP COMPANY, a California corporation, and DOE 1 through DOE 20, inclusive,<br><br>              Defendants. | Case No.  CV-10-01502 CW<br><br>(United States District Judge Claudia Wilken) |

**STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE**

**OF DEFENDANT MARCUS & MILLICHAP COMPANY**

**[LOCAL RULE 6-1(a)]**

|   |   |
|---|---|
| 1 | **STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE** |
| 2 | **OF DEFENDANT MARCUS & MILLICHAP COMPANY** |
| 3 | **[LOCAL RULE 6-1(a)]** |

Defendant Marcus & Millichap Company and plaintiff Buena Vista, LLC stipulate pursuant to Local Rule 6-1(a) that Marcus & Millichap may have until June 9, 2010 to respond to the complaint.

Dated:  May 13, 2010          MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Edward G. Burg
Edward G. Burg
*Attorneys for Defendant*
MARCUS & MILLICHAP COMPANY

Dated:  May 13, 2010          BRADSHAW & ASSOCIATES, P.C.

By:  /s/ Drexel A. Bradshaw
Drexel A. Bradshaw
*Attorneys for Plaintiff*
BUENA VISTA, LLC

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B) regarding signatures, Edward G. Burg hereby attests that concurrence in the filing of this document has been obtained.

300098672.1

**IT IS SO ORDERED**
/s/ Claudia Wilken
Judge Claudia Wilken
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)