1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BUENA VISTA, LLC, a limited liability company, | CASE NO. CV-10-01502 CW |
| Plaintiff, | [~~PROPOSED~~] **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| NEW RESOURCE BANK, a California corporation, FERGUSON & BREWER INVESTMENT COMPANY, a California corporation, MARCUS & MILLICHAP COMPANY, a California corporation, and DOE 1 through DOE 20, inclusive, | Judge:    Hon. Claudia Wilkin<br>Dept.:    Courtroom 2 |
| Defendants. | Complaint Filed:    April 8, 2010<br>Trial Date Set:    TBD |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Case Management Conference scheduled for November 23, 2010 is continued to January 18, 2011 at 2 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

IT IS SO ORDERED.

Dated:    **11/19/2010**

_____
Hon. Claudia Wilkin

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 7617310v1

[~~PROPOSED~~] **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**