UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BUENA VISTA, LLC, a limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEW RESOURCE BANK, a California corporation, FERGUSON & BREWER INVESTMENT COMPANY, a California corporation, MARCUS & MILLICHAP COMPANY, a California corporation, and DOE 1 through DOE 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV-10-01502 CW<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:　Hon. Claudia Wilkin<br>Dept.:　Courtroom 2<br><br>Complaint Filed:　April 8, 2010<br>Trial Date Set:　TBD |

The Case Management Conference scheduled for January 18, 2011 is continued to February 2**2**, 2011 at 2 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

IT IS SO ORDERED.

Dated: __1/7/2011__　　　　　　　　　　　　　　　　　　__/s/ Claudia Wilken__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Claudia Wilken

BN 7943964v1